**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 18-1629

EMMANUEL CHUKWUEBUKA UZOECHI,

Plaintiff - Appellant,

v.

DR. DAVID WILSON, President of Morgan State University; DR. KEVIN BANKS, President of Division of Student Affairs; MR. SEYMOUR E. CHAMBERS, Chief Judicial Affairs Officer; STACIE SAWYER, Assistant Prosecutor of State of Maryland,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:16-cv-03975-JKB)

Submitted: August 16, 2018                    Decided: August 20, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emmanuel Chukwuebuka Uzoechi, Appellant Pro Se. Matthew Paul Reinhart, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Chukwuebuka Uzoechi appeals the district court's order granting Defendants' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Uzoechi v. Wilson*, No. 1:16-cv-03975-JKB (D. Md. May 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*